**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00080-CR**
**NO. 09-19-00081-CR**
**NO. 09-19-00082-CR**

_____

**SEANDRE MCMAHON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Cause Nos. 23851, 23853 and 23855**

## ORDER

On February 15, 2019, the trial court sentenced Seandre McMahon in Trial Cause Numbers 23851, 23853, and 23855. McMahon filed *pro se* notices of appeal on March 15, 2019. Neither the trial court clerk nor the court reporter have received payment for the records, but the appellant provided no documentation to support a claim of indigence. The Court finds it is necessary to determine whether the

1

appellant is indigent for purposes of appointment of counsel and obtaining free records on appeal. *See* Tex. R. App. P. 37.3(a)(2).

It is, therefore, ORDERED that the appeal is ABATED and the cause is REMANDED to the trial court for a hearing to determine whether the appellant is indigent and entitled to court appointed counsel and is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2. The trial court shall secure the personal attendance of the appellant at the hearing. In determining whether appellant is indigent, the trial court may consider the factors set forth in article 26.04(m), Texas Code of Criminal Procedure, and shall have the appellant complete the questionnaire required by article 26.04(n), Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. Ann. art. 26.04 (West Supp. 2018). If the appellant is not represented by retained counsel, is indigent, and does not waive his right to counsel, then the trial court shall appoint counsel to represent the appellant. If the trial court determines that the appellant is not indigent, then trial court shall make findings and forward those findings to this Court.

The supplemental clerk's record containing any orders and findings made by the trial court and a reporter's record of any hearings conducted pursuant to this Order shall be filed with the Court of Appeals by May 6, 2019.

ORDER ENTERED April 5, 2019.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.